IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Appellee ) | |
| ) | |
| v. ) | Record No. 14-4137 |
| ) | |
| MARVIN GARRETT ) | |
| ) | |
|     Defendant-Appellant ) | |

## APPELLANT'S AMENDED UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX

The appellant, Marvin Garrett, by his court-appointed counsel, respectfully moves this Court for an Order granting the instant motion for leave to file an oversized joint appendix. The joint appendix is oversized because at the request of the parties it contains the relevant portions of the trial transcript, as well as all exhibits introduced at trial. The joint appendix is approximately 611 pages, including covers, tables, and documents. It includes materials mutually agreed upon by the parties involved as being essential to the Court's evaluation of the issues and defenses presented.

Wherefore, the appellant respectfully prays for an Order granting him leave to file an oversized joint appendix.

1

**<u>MARVIN GARRETT</u>**
**By Counsel**

<u>s/ John A. Carr</u>
John A. Carr, Esq. (WVSB #10461)
John A. Carr Attorney at Law, PLLC
179 Summers Street, Ste 209
Charleston, WV 25301
304-344-4822
E-mail:  <u>jcarr@jcarrlaw.com</u>
Counsel for the Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:  Joshua Hanks, Esq., Assistant United States Attorney, United States Attorney's Office, 300 Virginia Street, Suite 4000, Charleston, West Virginia 25301.

/s/John A. Carr
John A. Carr