FILED: March 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4137

(2:12-cr-00030-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MARVIN GARRETT

  Defendant - Appellant

_____

O R D E R

_____

  Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

  The court grants appellant leave to file a joint appendix not to exceed 611 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk